FILED
CLERK, U.S. DISTRICT COURT
November 29, 2018
CENTRAL DISTRICT OF CALIFORNIA
BY: ___VPC___ DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| VAHE AFTANDILIAN, an individual,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>WELLS FARGO BANK, N.A.; BANK OF AMERICA, N.A.; U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR BANC OF AMERICA FUNDING 2007-C TRUST; CLEAR RECON CORP; and DOES 1 through 10, inclusive,<br><br>　　　　Defendants. | Case No. 2:18-cv-07929-SJO-GJS<br><br>**JUDGMENT**<br><br>Courtroom 10C, 10th Floor<br><br>Hon. S. James Otero |

By Order dated October 26, 2018 ("Order"), this Court granted the motion filed by Defendants Wells Fargo Bank, N.A., Bank of America, N.A., and U.S. Bank National Association, as Trustee for Banc of America Funding 2007-C Trust (the "Bank Defendants") to dismiss Plaintiff Vahe Aftandilian's First Amended Complaint. The Court dismissed all of Plaintiff's claims against the Bank Defendants without leave to amend. [ECF No. 17.]

**THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that, for the reasons stated in the Court's October 26, 2018 Order, Plaintiff's action against the Bank Defendants is dismissed with prejudice, and judgment is entered in favor of the Bank Defendants.

**IT IS SO ORDERED.**

**11/29/18**

*S. James Otero*

Dated: _____

HON. S. JAMES OTERO
UNITED STATES DISTRICT JUDGE